UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO COVARRUBIAS,

        Plaintiff,

    v.

COUNTY OF MONO, STATE OF CALIFORNIA, and DOES 1-100,

        Defendants.

                             /

NO. CIV. S-09-0613 LKK/KJM

O R D E R

Pending before the court is defendant's motion to strike allegations regarding punitive damages, on the basis that punitive damages may not be awarded against a state entity. See City of Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981); Cal. Gov't Code § 818. Plaintiff has filed a statement of non-opposition.

Accordingly, defendant's motion is GRANTED. Allegations asserting entitlement to punitive damages are hereby STRICKEN from the Complaint.

////

1

IT IS SO ORDERED.

DATED: April 29, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT