UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO COVARRUBIAS,

        Plaintiff,

    v.

COUNTY OF MONO, STATE OF CALIFORNIA, and DOES 1-100,

        Defendants.

NO. CIV. S-09-613 LKK/KJM

O R D E R

/

A status conference was held in chambers on May 26, 2009. After hearing, the court orders as follows:

1. A further status conference is set for August 3, 2009 at 3:30 p.m.
2. Plaintiff's counsel to give notice to the state.

IT IS SO ORDERED.

DATED: May 28, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1